USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024

# CONSOLIDATION ORDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

IN RE: HIGH FLOW FUNDING LLC
HIGH FLOW FUNDING

                            Plaintiff-Appellant,

        -against-

FRANK S. SORBELLO,

                            Defendant-Appellee.

Index No. 7:23-cv-8815-NSR

Associated Bankruptcy Case:
22-B-35754(cgm)

------------------------------------------------------------------X

------------------------------------------------------------------X

IN RE: HIGH FLOW FUNDING LLC
HIGH FLOW FUNDING

                            Plaintiff-Appellant,

        -against-

FRANK S. SORBELLO,

                            Defendant-Appellee.

Index No. 7:23-cv-8819-NSR

------------------------------------------------------------------X

       In a letter motion dated October 12, 2023, Plaintiff-Appellant moved to consolidate the above-captioned matters. Defendant-Appellee took no position in a letter response dated October 30, 2023.

       Accordingly, *In re: High Flow Funding LLC*, 7:23-cv-8815-NSR and *In re: High Flow Funding LLC*, 7:23-cv-8819-NSR are consolidated as 7:23-cv-8815-NSR. No further filings shall be made in 7:23-cv-8819-NSR, which file shall be administratively closed. Any further pleadings received by the Clerk of Court for case number 7:23-cv-8819-NSR shall be filed in case number 7:23-cv-8815-NSR.

2

The Clerk of Court is respectfully directed to terminate the motions at ECF No. 7 in both 7:23-cv-8815 and 7:23-cv-8819.

SO ORDERED _____

Hon. Nelson S. Román, U.S.D.J.

Dated: March 27, 2024
White Plains, NY