## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE: FRANK S. SORBELLO

                Debtor.

HIGH FLOW FUNDING LLC,                         23 **CIVIL** 8815 (NSR)

                Appellant,                         23 **CIVIL** 8819 (NSR)

       -against-                                    **<u>JUDGMENT</u>**

FRANK S. SORBELLO

                Appellee.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 14, 2025, High Flow Funding LLC's appeal of the Bankruptcy Court's August 14, 2023 and August 23, 2023 Orders in Case USBC-SDNY 22-3574 at Documents 66 and 73, respectively, is GRANTED. The Bankruptcy Court's Orders are REVERSED, and judgment is to be awarded in favor of High Flow Funding LLC, with costs.

**Dated:** New York, New York

      April 14, 2025

                                                      **TAMMI M HELLWIG**

                                                          **Clerk of Court**

                **BY:**

                                                           **Deputy Clerk**